UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANTIAGO M. ARMINANA,

       Plaintiff,

v.                                  Case No. 2:21-cv-17-JES-NPM

LEE COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS,

       Defendant.

_____

**ORDER**

Before the Court is Santiago M. Arminana's Affidavit of Indigency (Doc. 2) and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3). The Court has carefully reviewed the Affidavit (Doc. 2) and the Application (Doc. 3) pursuant to 28 U.S.C. § 1915 and finds Plaintiff qualifies to proceed in forma pauperis, which is without prepayment of fees.[1]

**IT IS HEREBY ORDERED**:

1)    The Affidavit of Indigency (Doc. 2) and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3) are **GRANTED**.

---

[1] This statute section governs in forma pauperis actions instituted by prisoners, but has been interpreted to apply to all litigants requesting leave to proceed in forma pauperis. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004).

2) The Clerk of Court is directed to file all pleadings in this action without prepayment of fees or costs.

3) The Clerk of Court is directed to provide Plaintiff with one set of the following service forms:  Notice of Lawsuit and Request for Waiver of Service of Summonses, Waiver of Service of Summonses, Summonses, and U.S. Marshals Form 285.

4) Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order to prepare and forward the completed service documents along with sufficient copies of the Complaint to the Clerk for service by the United States Marshals Service. Upon receipt of appropriate instructions in proper form from the Clerk, the United States Marshals Service is directed to effect service of process without prepayment of fees or costs.

5) Failure to provide these documents within the time period ordered above will cause the Court to recommend this action be dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida on January 25, 2021.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE